IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**BRANDON WALKER,**<br><br>Defendant. | CR NO: 2:25-CR-00165-DJC |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: Brandon Walker
Detained at: Sierra Conservation Center
Detainee is:
a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 18 U.S.C. § 922(g)(1) – Felon in possession of a Firearm
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: */s/ R. Cárdenas*
Printed Name & Phone No: R. Alex Cárdenas (916) 554-2758
Attorney of Record for: United States of America

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 13, 2025

Honorable Sean C. Riordan
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | CB0791 | DOB: | 03/14/1991 |
| Facility Address: | 5100 O'Byrnes Ferry Road, Jamestown, CA | Race: | |
| Facility Phone: | (209) 984-5291 | FBI#: | 788411VC0 |
| Currently | Sierra Conservation Center | | |

**RETURN OF SERVICE**

Executed on: _____

(signature)