```
ERIC GRANT
United States Attorney
R. ALEX CÁRDENAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BRANDON WALKER,<br><br>　　　　　　　　Defendant. | CASE NO. 2:25-CR-00165-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: November 6, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

### **STIPULATION**

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney R. Alex Cárdenas, counsel for Plaintiff; and Alexander Bugescu, Esq., counsel for Mr. Walker, that the Status Conference, which is currently set for November 6, 2025, may be continued to December 4, 2025, with time excluded, as detailed below.

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defense counsel substituted into this matter on September 25, 2025, and the government produced discovery on September 29, 2025.

2. Defense counsel needs time to examine and advise his client regarding the matter, discovery, and any proposed plea agreement.

3. Defense counsel believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Walker in a speedy trial, and respectfully request the Court so to find.

5. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between November 6, 2025 and December 4, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Walker in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 30, 2025

ERIC GRANT
United States Attorney

By:  */s/ R. ALEX CARDENAS*
R. ALEX CARDENAS
Assistant United States Attorney

Dated: October 30, 2025

By:  */s/ ALEXANDER BUGESCU*
ALEXANDER BUGESCU, ESQ.
Counsel for Defendant
BRANDON WALKER

STIPULATION REGARDING EXCLUDABLE
TIME PERIODS UNDER SPEEDY TRIAL ACT

2

USA v. WALKER

**ORDER**

IT IS SO FOUND AND ORDERED.

Date: October 30, 2025					/s/ Daniel J. Calabretta
								_____
								HONORABLE DANIEL J. CALABRETTA
								UNITED STATES DISTRICT COURT JUDGE